PROB 12A
(NYEP-11/25/02)

# United States District Court
## for
## Eastern District of New York
### Report on Offender Under Supervision

Name of Offender: **Eduardo Cruz**  Case Number: **96-CR-432-2**
Name of Sentencing Judicial Officer: **The Honorable Frederic Block, United States District Judge**
Date of Original Sentence: **February 28, 1997**
Original Offense: **21 846 and 841(b)(1)(C) Conspiracy to Possess with Intent to Distribute Cocaine Base, A Class C Felony.**
Original Sentence: **121 months imprisonment; 3 years supervised release; $50.00 special assessment. On August 1, 2005, the Court modified the conditions of Supervised Release to include that the releasee participate in a substance abuse treatment program, which may include in-patient and/or residential treatment, as approved by the Probation Department.**

Type of Supervision: **Supervised Release**  Date Supervision Commenced: **November 12, 2004**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | New Criminal Conduct: Grand Larceny, 4th Degree: Property from a person and Criminal Possession of Stolen Property, 5th Degree |

U.S. Probation Officer Action:

We were recently notified that the offender was arrested on October 7, 2005 by the New York City Police Department (83rd Precinct) for Grand Larceny, 4thDegree: Property From a Person and Criminal Possession of Stolen property, 5th Degree. We are in the process of investigating the matter and will notify the Court with our findings and our recommendation. As such, we respectfully recommend that no action be taken at this time.

Respectfully submitted by,

Trevor M. Reid
Senior U.S. Probation Officer
Date: October 20, 2005

Approved by,

Kathleen M. Dunn
Supervising U.S. Probation Officer
Date: October 20, 2005

THE COURT ORDERS:

- [x] No Action
- [ ] Submit a Request for Modifying the Condition or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [ ] Other

Signature of Judicial Officer

10/21/05
Date